IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS SERNA, JR.,

    Petitioner,                      No. CIV S-10-2979 EFB P

    vs.

THE PEOPLE, et al.,

    Respondents.              ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

    Petitioner challenges a conviction in Kern County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d). The court will not rule on petitioner's request for leave to proceed *in forma pauperis*.

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

    2. The Clerk of Court shall assign a new case number.

////

////

1

1  3. All future filings shall bear the new case number and shall be filed at:

2   United States District Court
    Eastern District of California
3   2500 Tulare Street
    Fresno, CA 93721
4

5  DATED: November 15, 2010.

6   _____
    EDMUND F. BRENNAN
7   UNITED STATES MAGISTRATE JUDGE

2